UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **MARKEL AMERICAN INSURANCE CO.,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 4:11-CV-717 NAB |
| **JAMES COOL, et al.,** | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that upon the stipulation of the parties filed on February 8, 2012, the claims and counterclaims in this action are **DISMISSED with prejudice** as to all parties, with each party to bear their own costs.

Dated this 10th day of February, 2012.

                                                    /s/ Nannette A. Baker
                                                  NANNETTE A. BAKER
                                                  UNITED STATES MAGISTRATE JUDGE